**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

| | | |
|---|---|---|
| DEBBIE HUGHEY, | : | No. 11 EAL 2018 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| SEPTA - SOUTHEASTERN | : | |
| PENNSYLVANIA TRANSPORTATION | : | |
| AUTHORITY, EDWARD ROBINSON AND | : | |
| REGINA STONE, | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 2nd day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.